IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TWIN GROCERY,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-6151 |
| | : | |
| **ROBERT T. DEEGAN, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 31ˢᵗ day of May, 2017, upon consideration of "The Government's Motion to Dismiss in Part and for Summary Judgment" (Doc. No. 6) and "Motion to Withdraw as Counsel" (Doc. No. 8), it is hereby **ORDERED** that:

- "The Government's Motion to Dismiss in Part and for Summary Judgment" (Doc. No. 6) is **GRANTED**;

- Defendants Robert T. Deegan and Tom Vilsack are **DISMISSED** with prejudice;

- **JUDGMENT** is entered in favor of the United States and against Plaintiff;

- The Clerk of the Court shall mark this matter **CLOSED;** and

- "Motion to Withdraw as Counsel" (Doc. No. 8) is **DENIED** as moot.

BY THE COURT:

/s/ Mitchell S. Goldberg
**Mitchell S. Goldberg, J.**

1